United States District Court
For the Southern District of Texas
Brownsville Division

~~Paul Sanchez~~
~~Harlingen sheriff agency~~

Raul Vidal

(Enter above the full name of the
plaintiff or plaintiffs in this action.)

VS.

Paul Sanchez
Harlingen sheriff
agency

(Enter above the full name of the
~~plaintiff or plaintiffs in this action.~~)
Defendant or Defendant

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

United States District Court
Southern District of Texas
FILED

JUN - 5 2019

David J. Bradley, Clerk of Court

**B-19-090**

CIVIL ACTION NO. _____

## COMPLAINT FOR CIVIL RIGHTS PURSUANT TO 42 USC § 1983
(For Use in Prisoner Litigation)

NOTE: The Clerk will not file your complaint unless it conforms to these forms and the instructions for filing which you were provided. Consult the instructions as you prepare your complaint.

DO NOT leave any blanks on these forms. If an item is not applicable, state so or write "N/A." Be aware that you may be subject to penalties or sanctions by the Court (such as dismissal and assessment costs) for perjury.

_____

I. PREVIOUS LAWSUITS
   A.   Have you ever begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?
        YES { X } NO { }

   B.   Have you ever begun other lawsuits in state or federal court relating to your conditions of confinement?
        YES { } NO { X }

   C.   If you answer yes to A or B is yes, describe each lawsuit in the space below. (If more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) In The cameron county jail in olmito TX. I was neglected medical attention which led to a severe ear infection and I was given medication that gave me an alergic reaction after I made the medical nurse aware of what had happened.

1. Parties to this previous lawsuit
   Plaintiffs: _Raul Vidal_____

   _____

   Defendants: _Kirby Shunt, Leslie "Addie"_
   _wyatt_____

Court (if federal court, name the district; if state court, name the county): _____
_Southern DistricT courT / Brownsville Division_

2. Docket number: _____

3. Name of judge to whom case was assigned: _____

   _____

4. Disposition (for example: Was the case dismissed? Was it appealed?  Is it still
pending?): _compromise SeTTlement and indemniTy_
_agreement_____

5. Approximate date of filing lawsuit: _____

6. Approximate date of disposition: _io$^{th}$ August - 2009_

Use additional page(s) for other lawsuits.  Provide the same type of information as you did above
for each.

II    PLACE OR INSTITUTION WHERE THIS COMPLAINT OCCURRED: _____
_CarrizaleS Rucker DeTenTion center olmiTo TX. 28575_

   A.    Is there a prisoner grievance procedure in this institution?
         Yes{ }    No{✓}   N/A{ }

   B.    Did you present the facts relating to your complaint in the state prisoner grievance
         procedure?    Yes{ }    No{✓}

   C.    If your answer is YES:
         1. What steps did you take:
         2. What was the result?

   D.    If your answer is NO, explain why not:

   E.    If you are an inmate in the Texas Department of Corrections and your complaint
         relates to your confinement there, have you interviewed with an attorney from the
         Inmate Legal Services Project of the State Bar of Texas?
         Yes{ }    No{✓}

   F.    If your answer is NO, explain why not: _The case was dismissed on_

_March_

III.    Parties To This Lawsuit

    A.    Name of Plaintiff: _____

          Inmate Number:_____

          Institution / Unit of Confinement:_____

          Address:_____

    B.    Additional Plaintiff(s) (if any).  In this space, provide the same type of information
          as requested in "A" above.

    C.    Name of Plaintiff: _Raul Vidal_____

          Official Position (employed as): _____None_____

          Place of Employment:_None_____

          Address for service: _2702 Hunters Crossing Harlingen TX 7855?_

    D.    Additional Defendants (if any):

          Name of Defendant: _Paul Sanchez and Lisa Lambardi_

          Official Position (employed as): _Investigator_____

          Place of Employment: _Sheriff-agency_____

          Address for service: _Harlingen Annex  3302 Wilson rd. Harlingen Tx_

          Name of Defendant: _Paul Sanchez_____

          Official Position (employed as): _Investigator_____

          Place of Employment: _Harlingen Sheriff agency_____

          Address for service: _3302 Wilson rd. Harlingen TX. 78550_

Use additional page to list other defendants.  Provide the same type of information as you did above
for each.

IV    Statement of Claim

    State here as briefly as possible the facts of your case.  Describe how each defendant is
involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal
arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number
and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra
sheets if necessary.)  I Raul Vidal, on Oct. 23, 2019 was unlawfully
arrested by Lisa Lambardi on a false charge of a felony
offense that was unlawfully brought to a warrant against
me Raul Vidal, the Plaintiff, by Inv. Paul Sanchez.
mr. Paul Sanchez ~~who~~ issued a warrant unlawfully for
my arrest without a reasonable belief that I was involved

Additional space for "Statement of Claim": Mr. Paul Sanchez did not have factual evidence to aknoledge a belief that I had committe a crime, and unlawfully put me in jail after I Raul Vidal gave Inv. Paul Sanchez the same information on the crime that the victom also gave in his report, on 4 juviniles who were seen leaving his property. I also made Mr. Sanchez aware, that the step father of one of the juvinil had heard the 4 juviniles talking about blameing me and that he was also a witnessing who witnessed the exact thing the victom did. The witness told me as his friend and told me to call police. When I did I spoke to Paul Sanchez, and told him to talk to Sergio Ayala one of the juviniles who was involved stepdad- Sanchez never did.

V.    Relief
and I was put in jail for 5 month's.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.    I would like to compensate for the unlawful arrest done in public by Lisa Lambardi; for the 5 months of stress, and intense anxiety, insomnia, headaches, mental anguish, and sickness from from jail, that led to a severe cough from a clogged drainage. The stress also led to depression and strain to my body from the everyday stress, includeing post Post-Traumatic stress after an inmate stabbed another inmate next to me in his sleep and tryed blameing me for it. I was shocked to think that, that person could of been me for about 2 month's I could not stop the stress over what happen minutes after I left out of the cell. the worst was the offender slept on top of me.

VI.    VERIFICATION (Must be provided by each plaintiff.)


I declare under penalty of perjury that the foregoing is true and correct.


Executed on    May 28, 2019    Raul Vidal
                    (Date)            (Signature of Plaintiff)


Page 4

Raul Vidal
2702 Hunterr crossing
Harlingea TX. 78550

MAIL
United States District Court
Southern District of Texas

JUN - 5 2019

RECEIVED
David J. Bradley, Clerk of Court

7852037176 0016

Clerk of the Court
U.S. District Court
600 E. Harrison Street
Brownsville TX 78520

USA
FOREVER