Case 1:19-cv-00090 Document 21 Filed on 09/01/20 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 01, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAUL VIDAL, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 1:19-CV-90 |
| § | |
| PAUL SANCHEZ, *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 5, 2020, the United States Magistrate Judge issued a Report and Recommendation (Doc. 19) recommending that Plaintiff Raul Vidal's Amended Civil Rights Complaint (Doc. 15) be dismissed with prejudice for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6) and 28 U.S.C. § 1915(e)(2)(B)(ii). No party objected to the Report and Recommendation.

The Court **ADOPTS** the Report and Recommendation (Doc. 19). As a result, it is:

**ORDERED** that Plaintiff Raul Vidal's Amended Civil Rights Complaint (Doc. 15) is **DISMISSED WITH PREJUDICE**; and

**ORDERED** that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 11) is **DENIED AS MOOT**.

The Clerk's Office is requested to close this matter.

SIGNED this 1st day of September, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge